UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHRISTIAN DOSCHER,

    Plaintiff,

v.                                                                           Case No:   6:19-cv-76-Orl-37TBS

APOLOGETICS AFIELD, INC.,

    Defendant.

## ORDER

Pro se Plaintiff Christian Doscher seeks leave of Court to file and receive papers and pleadings in this case electronically, using the Court's CM/ECF system. As grounds, he says he cannot afford to send what he anticipates will be voluminous evidence to the Court using the U.S. Mail (Id.). Plaintiff contends that he should not be required to show hardship to use the CM/ECF system because if his motion is granted, nobody will be prejudiced, and the case will proceed more efficiently (Id.).

In this district "[a] *pro se* litigant ... is not permitted to file electronically, absent authorization by the Court." United States District Court Middle District of Florida, Administrative Procedures for Electronic Filing, at (II)(A)(2) (June 5, 2015). A *pro se* party seeking the privilege to use CM/ECF must demonstrate that access is necessary to avoid unreasonable burdens and to promote access to information. See Ogilvie v. Millsaps, Case No. 8:15-cv-2477-T-36JSS, 2015 WL 6688343, at *1 (M.D. Fla. Oct. 30, 2015).

After due consideration, Plaintiff's Motion for Permission to File Electronically (Doc. 8), is **GRANTED**. Plaintiff may file and receive papers and pleadings in this case electronically using the CM/ECF system. In order to receive a CM/ECF account, Plaintiff

must complete the registration form which is available on the Court's website. Plaintiff may contact the Clerk's Office (407-835-4200) if assistance is needed in registering for CM/ECF.

Once registered, Plaintiff shall complete the CM/ECF program tutorial on the Court's website. Plaintiff shall also become familiar with and follow the policies and procedures set forth in the Administrative Procedures for Electronic Filing, which is available under the CM/ECF link on the Court's website.

**DONE** and **ORDERED** in Orlando, Florida on May 9, 2019.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

    Counsel of Record
    Unrepresented Parties