# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CHRISTIAN DOSCHER,**

    **Plaintiff,**

**v.**                **Case No:   6:19-cv-76-Orl-78EJK**

**APOLOGETICS AFIELD, INC.,**

    **Defendant.**

_____

## ORDER

This case has been referred to the undersigned for a settlement conference.  (Doc. 79).  The undersigned has observed that settlement conferences are often unproductive unless the parties have made a serious effort to settle the case on their own by exchanging demands and offers before the conference.   Accordingly, before arriving at the settlement conference the parties are to negotiate and make a **good faith effort** to settle the case without the involvement of the Court as follows:

1.  **On or before Tuesday, January 28, 2020,** the Plaintiff shall make a written offer to the Defendant, which contains a detailed explanation of the basis for any monetary amount or other type of relief demanded; and

2.  **On or before Tuesday, February 4, 2020,** the Defendant shall make a written counteroffer to the Plaintiff with an explanation of how it arrived at any monetary amount or other type of relief offered.

In the event the foregoing exchange does not resolve this matter, it is further **ORDERED** that:

**On or before 5:00 p.m. on Monday, February 10, 2020,** each party shall provide the undersigned with a concise confidential statement of the evidence the party expects to produce at

trial and a full outline of the settlement negotiations to date, including a copy of the Plaintiff's written offer and the Defendant's counteroffer outlined above. Each party shall e-mail their respective reports to chambers at chambers_flmd_Hoffman@flmd.uscourts.gov. The undersigned will treat the parties' settlement statements as confidential communications. The undersigned will not share settlement statements with any of the parties or the district judge assigned to the case, and the settlement statements will not be incorporated into the public records of this case.

**The foregoing deadlines will not be extended**.

**<u>All parties and their counsel</u> shall appear in-person before the undersigned on Thursday, February 13, 2020 at 10:00 a.m.** in Courtroom 5D, U.S. Courthouse, 401 W. Central Boulevard, Orlando, Florida. The participants must prepare to spend as much time at the courthouse as necessary to settle the case or until the undersigned declares an impasse. No participant may end the settlement conference early due to travel or another engagement. Only the undersigned may declare an impasse or end the settlement conference.

**The representatives attending the settlement conference shall have authority to resolve the case. Thus, an individual with full authority to execute any written settlement agreement ultimately reached shall be present at the conference. A party that does not appear with an individual with full settlement authority and/or fails to negotiate in good faith during the settlement conference may be subject to the imposition of sanctions. Should a compromise be reached, the parties will be expected to reduce their agreement to writing at the settlement conference**.

Plaintiff, who is proceeding *pro se*, and Defendant's counsel may each bring one laptop and one cellular phone to the settlement conference in order to facilitate settlement discussions and, if

necessary, assist with drafting of the settlement agreement.   All cellular phones must be silenced upon entering the Courthouse.

**DONE** and **ORDERED** in Orlando, Florida on January 21, 2020.

LESLIE R. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties